IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1875-AP**

In re:

**KEVAN DREW NORTHUP**
**REBEKAH CAROL NORTHUP**


**BEVERLY J. WOOD**,

      Appellant,

v.

**KEVAN DREW NORTHUP,**
**REBEKAH CAROL NORTHUP,**

      Appellees.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Joint Motion for Amended Briefing Schedule (doc. #9), filed October 12, 2006, is GRANTED.  Appellant's Opening Brief is due November 3, 2006; Appellee's Answer Brief is due December 1, 2006; Appellant's Reply Brief is due December 11, 2006.

Dated:  October 12, 2006